IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CR-39 (WLS-TQL) |
| | : | |
| MOYSES MUNIZ, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

  Before the Court is Defendant Moyses Muniz's Unopposed Motion (Doc. 54) to Continue Trial in the Interests of Justice ("the Motion") in the above-captioned case filed by Danisha McClary, on behalf of Defendant. Therein, Defendant Moyses Muniz requests a continuance of the pre-trial conference and the trial scheduled for the November 2023 trial term. Defendant Moyses Muniz requests a continuance because Defense counsel needs additional time to (1) discuss with Defendant Moyses Muniz how to proceed in the case, and (2) negotiate a potential plea with the Government. The Government does not oppose the motion. Defendant asks this Court to exclude the time period of delay from computation under the Speedy Trial provision of 18 U.S.C. § 3161.

  Based on Defendant Moyses Muniz's stated reasons and the fact that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant Moyses Muniz in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 54) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED** to the Valdosta Division February 2024 term and its conclusion, or as may be otherwise ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 18th day of September 2023.

                                           /s/ W. Louis Sands  
                                           **W. LOUIS SANDS, SR. JUDGE**  
                                           **UNITED STATES DISTRICT COURT**