# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CR-39 (WLS-TQL) |
| | : | |
| MOYSES MUNIZ, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

The Court held a conference in the above-captioned matter. This Order memorializes that conference. Based on the representations of the United States Probation Office, the Government, and Defense Counsel, the Court learned that there is a pending revocation proceeding which was recently transferred to the Middle District of Georgia, which Defendant had not been advised of. As such, the Court finds that a continuance of the sentencing hearing is warranted. Accordingly, the sentencing hearing is **CONTINUED**. The Court will set the hearing by separate order or notice.

**SO ORDERED**, this 14th day of August 2024.

                                                              **/s/ W. Louis Sands**
                                                              **W. LOUIS SANDS, SR. JUDGE**
                                                              **UNITED STATES DISTRICT COURT**